DISTRIBUTED SOLUTIONS, INC., Appellant

v.

Deborah Lee JAMES, Secretary of the Air Force, Appellee.

No. 2014–1809.

United States Court of Appeals, Federal Circuit.

Sept. 21, 2015.

Thomas Andrew Coulter, LeClair Ryan, Richmond, VA, argued for appellant.

Domenique Grace Kirchner, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Bryant G. Snee.

NEWMAN, CHEN, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

Patrick Phillip ARENA, Jr., Petitioner

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2014–3153.

United States Court of Appeals, Federal Circuit.

Sept. 21, 2015.

Matthew R. Kachergus, Sheppard, White, Kachergus & DeMaggio, P.A., Jacksonville, FL, argued for petitioner. Also represented by William J. Sheppard.

Mark E. Porada, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Allison Kidd–Miller; Morgan E. Rehrig, Law Department, United States Postal Service, Washington, DC.

NEWMAN, CHEN, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**